# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br><br>v.<br><br>**[1] ROCKET LEARNING, LLC,**<br>Defendants. | CRIMINAL NO. 15-561 (JAG) |

## INFORMATIVE MOTION

**TO THE HONORABLE COURT:**

**COMES NOW** the United States of America by and through the undersigned attorney and before this Honorable Court very respectfully submits the following informative motion:

On this same date, the United States complied with the Court's December 12, 2017 order to produce for in camera inspection the transcripts of the legal instructions provided to the Grand Jury for Counts Twenty-Nine through Ninety-Three. *See* Docket No. 1107. Given the Court's order, the United States respectfully notes for the Honorable Court's consideration that prosecutors are not required to instruct a grand jury on the law and are not forbidden from providing legal advice to a grand jury. See *United States v. Lopez-Lopez*, 282 F.3d. 1, 9 (1st Cir. 2002) ("under federal law the prosecutor is not obligated to provide legal instructions to the grand jury."); *United States v. Zangger*, 848 F.2d 923, 925 (8th Cir. 1988) ("The prosecutor is under no obligation to give the grand jury legal instructions."); *United States v. Singer*, 660 F.2d 1295, 1303 (8th Cir. 1981) ("the government's attorney may explain the elements of the offenses under investigation to the grand jury.").

**WHEREFORE**, the United States respectfully requests that this Honorable Court **NOTE** the compliance of the United States.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 19th of December, 2017.

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

**ROSA EMILIA RODRIGUEZ-VELEZ**
United States Attorney

*s/Seth A. Erbe*
**SETH A. ERBE**
Assistant United States Attorney
USDC-PR No. 220807

United States Attorney's Office
Torre Chardón, Suite 1201
350 Carlos Chardón Ave.
San Juan, PR 00918
seth.a.erbe@usdoj.gov
Tel. (787) 766-5656