IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff,<br><br>        v.<br><br>MONICA ORTIZ ALICEA (40)<br>    Defendant. | Criminal no. 15-561 (JAG) |

## MOTION REQUESTING JOINDER

**TO THE HONORABLE COURT:**

Comes now the defendant, Mrs. Ortiz Alicea, and r respectfully states and prays as follows:

1. Mrs. Ortiz Alicea wishes to be allowed to join in the prayer for relief adopting all arguments made by co-defendant Rocket Learning in docket number 1140 in their Magistrate Report and Recommendation's objection motion, and to co-defendant's Brenda Pérez's Objection to the Report and Recommendation in docket number 1153.

**WHEREFORE,** it is respectfully requested that this Honorable Court authorize the joinder.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 13$^h$ day of February 2018.

**I HEREBY CERTIFY**, that on this date the present document has been filed electronically and will be available for viewing and downloading from the Court's CFM/ECF system by U.S. Attorney's Office, or the public.

*s/ Diego H. Alcalá Laboy*
Diego H. Alcalá Laboy
P.O. Box 12247
San Juan, PR 00914
Tel.: (787) 432-4910
USDC-PR No. 300504
dalcala@defensorialegal.com